UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| REBECCA HACKE, *Plaintiff*, v. ISOMEDIX OPERATIONS, INC., COSMED GROUP, INC., and VANTAGE SPECIALTY CHEMICALS, INC., *Defendants*. | Case No. 1:24-cv-03410 Judge Joan H. Lefkow |

### JOINT STATEMENT OF DEFENDANTS ISOMEDIX AND COSMED CONCERNING PLAINTIFF'S MOTION TO REMAND

Defendants Isomedix Operations, Inc. ("Isomedix") and Cosmed Group, Inc. ("Cosmed," and collectively with Isomedix, "Defendants"), by and through counsel, hereby submit this statement concerning Plaintiff's Motion to Amend Complaint and Remand ("Plaintiff's Motion"). *See* Dkt. 14. Plaintiff's Motion was insufficient, and Plaintiff failed to carry the burden to secure the relief requested. Therefore, Defendants do not believe that amendment or joinder was proper and do not concede the accuracy or correctness of any representations or arguments made in Plaintiff's Motion. *See id.* Nevertheless, Defendants recognize that the Court's Minute Entry, *see* Dkt. 16, allowing amendment and Plaintiff's subsequently filed First Amended Complaint adding Vantage Specialty Chemicals, requires remand pursuant to 28 U.S.C. § 1447(e). *See* Dkt. 17. Defendants expressly reserve their rights to properly remove this action anew on any proper basis, including fraudulent joinder or further developments in this action.

Dated: June 14, 2024

| | |
|---|---|
| */s/ Anthony D. Pesce* | */s/ Philip M. Oliss* |
| Charles M. Gering | Philip M. Oliss |
| Anthony Demarco Pesce | Alexander Walton Prunka |
| Jeremy Aaron Kogan | JONES DAY |
| Pedersen & Houpt, P.C. | North Point |
| 161 North Clark Street, Suite 2700 | 901 Lakeside Avenue |
| Chicago, Illinois 60601 | Cleveland, Ohio 44114 |
| cgering@pedersenhoupt.com | Telephone: (216) 586-3939 |
| apesce@pedersenhoupt.com | Facsimile: (216) 579-0212 |
| jkogan@pedersenhoupt.com | Email: poliss@jonesday.com |
| | aprunka@jonesday.com |
| *Counsel for Cosmed Group, Inc.* | *Counsel for Isomedix Operations, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2024, a true and correct copy of this Joint Statement of Defendants Isomedix and Cosmed Concerning Plaintiff's Motion to Remand was filed and served on counsel of record via the United States District Court for the Northern District of Illinois's CM/ECF system.

Dated: June 14, 2024

/s/ Philip M. Oliss
Philip M. Oliss
JONES DAY
North Point
901 Lakeside Avenue
Cleveland, Ohio 44114
Telephone: (216) 586-3939
Facsimile: (216) 579-0212
Email: poliss@jonesday.com

*Counsel for Isomedix Operations, Inc.*